UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CAROLINE SWANN-ELLIOT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:14-CV-245-PLR-CCS |
| | ) | |
| STATE FARM TITLE & CASUALTY INS. CO., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion by Scott C. Frith to Withdraw as Counsel for Plaintiff Caroline Swann-Elliott [Doc. 7]. Mr. Frith moves the Court to permit him to withdraw as counsel in this matter. Mr. Frith states that as early as September 29, 2014, he wrote the Plaintiff seeking permission to withdraw as counsel in this case. Mr. Frith represents that on October 1, 2014, he informed the Plaintiff in a telephone conversation that he intended to withdraw, and Mr. Frith represents that, consistent with Local Rule 83.4, a copy of the Motion to Withdraw was provided to Plaintiff at least fourteen days in advance of its filing. Mr. Frith has provided both Plaintiff's current mailing address and her telephone number in his motion.

The Court finds first that the Motion to Withdraw **[Doc. 7]** complies with Rule 83.4 of the Local Rules of the Eastern District of Tennessee, and therefore, it is **GRANTED**. The Court expects that Mr. Frith will provide copies of any relevant documents to any future counsel for the Plaintiff or to the Plaintiff herself, upon request. Otherwise, Mr. Frith is **RELIEVED** of his duties as counsel in this case.

The Plaintiff is hereby **ADMONISHED** that she is **DEEMED** to be proceeding *pro se*. Until she obtains substitute counsel, it is her obligation to stay up to date on the status of this case and comply with the deadlines set by the Court. Likewise, if she elects to proceed in this case without an attorney, she is responsible for complying with all deadlines set by the Court and responding to any requests for relief by other parties. The Plaintiff like any other party, will be expected to comply with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders.

The Clerk of Court is **DIRECTED** to mail a copy of this Memorandum and Order, along with the Scheduling Order, to the Plaintiff at the address provided by counsel, and to enter that address along with Plaintiff's telephone number as her contact information in the docket.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.
United States Magistrate Judge