UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Caroline Swann-Elliot, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 3:14-CV-245-PLR-CCS |
| State Farm Fire and Casualty Insurance Company, | ) |
| *Defendant*. | ) |

## Memorandum Opinion

This matter comes before the Court on the defendant's motion to dismiss for failure to prosecute, filed March 27, 2015. [R. 9]. Under Local Rule 7.1, parties have 21 days to respond to dispositive motions. When the plaintiff failed to respond to the motion to dismiss within 21 days, the Court ordered the plaintiff to show cause in writing on or before May 12, 2015, why the defendant's motion should not be granted and this action dismissed. [R. 10]. The plaintiff did not respond to the Court's show cause order, indicating she does not oppose dismissal. Accordingly, the defendant's motion to dismiss is **Granted**, and this matter is **Dismissed** without prejudice for failure to prosecute.

The Clerk is directed to mail a copy of this order to the plaintiff at:

Caroline Swann-Elliot
1130 Squirewood Way
Dandridge, TN 37725-6406

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**