UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| Caroline Swann-Elliot, | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 3:14-CV-245-PLR-CCS |
| State Farm Fire and Casualty Insurance Company, | ) |
| *Defendant*. | ) |

## Judgment

In accordance with the Memorandum Opinion filed contemporaneously herewith, it is ordered that the Defendant's motion to dismiss, [R. 9] is **Granted**. The plaintiff's complaint is dismissed in its entirety.

The Clerk is directed to mail a copy of this order to the plaintiff at:

Caroline Swann-Elliot
1130 Squirewood Way
Dandridge, TN 37725-6406

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
   s/ *Debra C. Poplin*
CLERK OF COURT